UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ROSANGELA and JAMES ROGERS, Parents,**

on behalf of B.R. Student,

Plaintiffs,

No. _____

v.

**BOARD OF EDUCATION OF**
**SANTA FE PUBLIC SCHOOLS,**

Defendant.

## COMPLAINT FOR AWARD OF ATTORNEY FEES and COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

### I. PRELIMINARY STATEMENT

1. This is a complaint for attorney fees and costs arising out of an administrative due process action to enforce a minor child's right to a free and appropriate public education (FAPE) under the Individuals with Disabilities Education Act (IDEA). Plaintiffs were the prevailing parties and bring this action pursuant to 20 U.S.C. §1415(i)(3)(B)(i)(I).

### II. JURISDICTION

2. This Court has jurisdiction pursuant to 20 U.S.C. §1415(i)(3)(A) of the Individuals with Disabilities Education Act (IDEA).

### III. PARTIES, VENUE

3. Plaintiffs Rosangela and James Rogers are the parents of B.R., a minor child. At all material times, B.R. was a student living within the boundaries of the Santa Fe Public Schools district and was a student who qualified for receipt of special education as a student with disability eligible under the IDEA.

4. Defendant Board of Education is established by the New Mexico Constitution and state law as the entity which supervises and controls the Santa Fe Public Schools district. Santa Fe Public Schools is a Local Educational Agency (LEA) within the meaning of the IDEA. Pursuant to state law, the Board is the legal entity to be sued for claims against Santa Fe Public Schools. In this Complaint, the Board of Education of Santa Fe Public Schools will be referenced as "SFPS" or "the District."

## IV. FACTS

5. On October 6, 2023, Plaintiff parents filed a request for IDEA due process hearing against Santa Fe Public Schools (the District) on behalf of B.R. with the New Mexico Public Education Department pursuant to 20 U.S.C. §1415(b)(6),(7) and 1415 (f).

6. Plaintiffs' Request for Due Process hearing alleged that the District had denied B.R. a free appropriate public education (FAPE) in violation of the IDEA.

7. The New Mexico Public Education Department appointed a Due Process Hearing Officer, who then conducted an evidentiary hearing over 3 days in December 2023, in Santa Fe, New Mexico.

8. The IDEA Due Process Hearing Officer issued her decision on Plaintiffs' claims against the District on February 15, 2024 and it was received on February 15, 2024.

9. Pursuant to state regulation implementing the IDEA, a claim for attorney fees pursuant to 20 U.S.C. §1415(i)(3)(B)(i)(I) must be filed within 30 days of receipt of the Due Process Hearing officer's decision. §6.31.2.13(I)(24)(b) NMAC.

10. This Complaint is timely, being filed within 30 days of receipt of the Due Process Hearing Officer's decision.

11. The IDEA Due Process Hearing Officer decision found the District denied B.R.

free appropriate public education (FAPE) in violation of the IDEA and entered an order awarding significant remedy.

12. Plaintiffs substantially prevailed in the administrative IDEA due process hearing.

13. Plaintiffs are entitled to an award of reasonable attorney fees and costs pursuant to 20 U.S.C. §1415(i)(3)(B)(i)(I).

14. Attorney fees and costs continue to accrue, including both fees and costs necessary to require implementation of the due process hearing order and fees and costs to file and prosecute this action.

15. Plaintiffs' attorney fees request is supported by contemporaneous billing records and hourly fee of $300.00. The rates are reasonable for the kind of work performed.

16. As of March 15, 2024, the District has not responded to Plaintiffs' written request to implement remedy ordered and to resolve attorney fees with a 15% discount and is apparently planning on an appeal. Since the District has been silent regarding implementation of the DPHO order and Parents' written request to resolve attorney fees at 15% discount, it is assumed the District intends to appeal the DPHO decision, rather than implementing remedies ordered for Student and resolving the attorney fees claim at a discount.

17. This lawsuit is filed of necessity to ensure timeliness of suit and secure the potential for recovery of reasonable fees as allowed by the IDEA.

## V. PRAYER FOR RELIEF

Plaintiffs requests the following relief:

1. award of reasonable attorney fees and costs for the IDEA administrative due process proceedings on behalf of B.R.;

2.	award of reasonable attorney fees and costs for the additional attorney fees and costs in connection with need to file this civil action for attorney fees and costs;

3.	to the extent the District does file a timely civil action to appeal the DPHO decision or resists timely and complete implementation of the hearing officer order for B.R. which is "stay put,"  award of attorney fees and costs for additional fees and costs incurred to defend and achieve implementation of the decision and remedy awarded through the administrative process;

4.	award of such other relief as the Court deems proper.

>Respectfully submitted,
>
>STEVEN GRANBERG, ATTY. AT LAW
>
>	*/s/ Gail Stewart*
>
>	_____
>	Gail Stewart
>	3800 Osuna NE, Suite 1
>	Albuquerque, NM 87109
>	(505) 244-3779, x. 3
>	gstewart@66law.com
>	*Attorney for Plaintiffs*