IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSANGELA ROGERS and,
JAMES ROGERS, Parents, on behalf of
B.R., Student,

    Plaintiffs,

v.   No. 1:24-cv-00262-MLG-LF

BOARD OF EDUCATION OF
SANTA FE PUBLIC SCHOOLS

    Defendant.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal. Doc. 35. The Court, having fully considered the stipulation and relevant circumstances, finds that it is well taken.

This matter and all claims within it are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All pending motions are dismissed as moot. Final judgment will be entered separately pursuant to Federal Rule of Civil Procedure 58(a). All

It is so ordered.

                                              UNITED STATES DISTRICT JUDGE
                                              MATTHEW L. GARCIA