## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ROSANGELA ROGERS and,
JAMES ROGERS, Parents, on behalf of
B.R., Student,

      Plaintiffs,

v.                                                                                         No. 1:24-cv-00262-MLG-LF

BOARD OF EDUCATION OF
SANTA FE PUBLIC SCHOOLS

      Defendant.

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Final Order of Dismissal with Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case. The Court orders that this civil action is dismissed with prejudice.

                                                              UNITED STATES DISTRICT JUDGE
                                                              MATTHEW L. GARCIA